UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL E. MEGGINSON,<br><br>                    Plaintiff,<br><br>-against-<br><br>CHIEF OF DEPARTMENT STUKES, et al.,<br><br>                    Defendants. | 21-CV-10689 (LTS)<br><br>21-CV-10690 (LTS)<br><br>ORDER OF DISMISSAL |
| MICHAEL E. MEGGINSON,<br><br>                    Plaintiff,<br><br>-against-<br><br>CHIEF STUKES, et al.,<br><br>                    Defendants. | |

LAURA TAYLOR SWAIN, United States District Judge:

By order dated February 28, 2022, the Court consolidated the two actions under case numbers 21-CV-10689 and 21-CV-10690, and directed Plaintiff to file an amended complaint under case number 21-CV-10689 within sixty days. That order specified that failure to comply would result in dismissal of the two complaints for failure to state a claim on which relief may be granted. Plaintiff has not filed an amended complaint. Accordingly, the complaints, filed *in forma pauperis* (IFP) under 28 U.S.C. § 1915(a)(1), are dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   May 13, 2022
        New York, New York

                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                  Chief United States District Judge