UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL E. MEGGINSON, <br><br>      Plaintiff, <br><br>-against- <br><br>CHIEF OF DEPARTMENT STUKES, et al., <br><br>      Defendants. | 21-CV-10689 (LTS) <br><br> 21-CV-10690 (LTS) <br><br> CIVIL JUDGMENT |
| MICHAEL E. MEGGINSON, <br><br>      Plaintiff, <br><br>-against- <br><br>CHIEF STUKES, et al, <br><br>      Defendants. | |

  Pursuant to the order issued May 13, 2022, dismissing the consolidated complaints,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaints are dismissed for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: May 13, 2022
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge